Attachment 3

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JOSEPH PONIKVAR, JR., | ) | CASE NO. 1:09CV2621 |
| | ) | |
| Plaintiff(s), | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | REPORT OF PARTIES' PLANNING |
| CITY OF CLEVELAND HEIGHTS, | ) | MEETING UNDER FED.R.CIV.P. 26(f) |
| ET AL., Defendant(s). | ) | AND LR 16.3(b)(3) |

1. Pursuant to Fed.R.Civ.P. 26(f) and LR 16.3(b)(3), a meeting was held on January 27, 2010, 200X, and was attended by:

Robert N. Stein, Counsel for plaintiff(s) Joseph Ponikvar, Jr.

_____, Counsel for plaintiff(s) _____

Dierdra M. Howard, Counsel for defendant(s) _____

_____, Counsel for defendant(s) _____

2. The parties:

____ have not been required to make initial disclosures.

__X__ have exchanged the pre-discovery disclosures required by Fed.R.Civ.P. 26(a)(1) And the Court's prior order;

____ Expedited __X__ Standard ____ Complex

____ Administrative ____ Mass Tort

        4.      This case is suitable for one or more of the following Alternative Dispute Resolution (ADR) mechanisms:

\_\_\_\_\_ Early Neutral Evaluation      \_\_\_\_\_ Mediation      \_\_\_\_\_ Arbitration

\_\_\_\_\_ Summary Jury Trial      \_\_\_\_\_ Summary Bench Trial

_XX_ Case not suitable for ADR at this time per defendants.

        5.      The parties \_\_\_\_\_ do _XX_ do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

        6.      The parties agree that this case \_\_\_\_\_ does \_\_\_\_\_ does not involve electronic discovery.

        7.      Recommended Discovery Plan (**Counsel are reminded to review the default standard for e-discovery set forth in Appendix K to the Local Rules**):

        (a)      Describe the subjects on which discovery is to be sought, the nature and extent of discovery and any potential problems: Facts of the incident, recordings, videos, 911 call/ technical issues, police officer training/manuals and department guidelines, basis for confronting plaintiff.

        (b)      Describe anticipated e-discovery issues (i.e., what ESI is available and where it resides; ease/difficulty and cost of producing information; schedule and format of production; preservation of information; agreements about privilege or work-production protection, etc.):

Preparation and transmittal of plaintiff's video. Any communications reflecting changes in Ohio firearms laws.

2

(c) Describe handling of expert discovery (i.e., timetable for disclosure of names and exchange of reports, depositions): <u>Plaintiff Expert Reports in 90 days due date May 10, 2010; Defendants expert reports due 60 days thereafter, July 8, 2010.</u>

(d) Discovery Deadlines:

    (i) Liability: <u>June 10, 2010</u>

    (ii) Damages <u>June 10, 2010</u>

8. Recommended dispositive motion date: <u>August 10, 2010</u>

9. Recommended cut-off for amending the pleadings and/or adding additional parties: <u>April 12, 2010</u>

10. Recommended date for status hearing and/or final pretrial settlement conference: <u>May 10, 2010</u>

11. Other matters for the attention of the Court: _____

Attorney for Plaintiffs: /s/ Robert N. Stein - 0034536

Attorney for Defendants: /s/ [signature] (0079466)

3