FILED

2010 FEB 10 AM 11: 33

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| Joseph Ponikvar, Jr., | ) | CASE NO. 1:09 CV 2621 |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| vs. | ) | **STIPULATED DISMISSAL ENTRY** |
| City of Cleveland Heights, et al., | ) | |
| Defendants. | ) | |

We, the attorneys for the respective parties, do hereby stipulate that the above-captioned complaint is settled and dismissed with prejudice, at Defendants' cost. Notice by the Clerk of Courts being hereby waived.

The Court retains jurisdiction over the settlement agreement.

_____  _____
Attorney for Plaintiff            Attorney for Defendants

**IT IS SO ORDERED.**

_____
Dan Aaron Polster
United States District Judge